**Order filed September 22, 2015, Withdrawn and Order Filed October 15, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00699-CV

———————

**WILLIAM SATTERWHITE, JR., Appellant**

**V.**

**CHRISTOPHER EVANS AND YI ZHANG, Appellees**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1059593**

## ORDER

On September 22, 2015, this court issued an order directing appellant to file a motion for extension of time to file his notice of appeal. For the reasons stated below, we withdraw that order and issue the following order.

This accelerated appeal is from a judgment signed May 12, 2015. In an accelerated appeal, the notice of appeal is due within twenty days after the date the judgment or order is signed. See Tex. R. App. P. 26.1(b). Appellant filed a request

for findings of fact and conclusions of law on May 19, 2015. However, "[f]iling a motion for new trial, any other post-trial motion, or a request for findings of fact will not extend the time to perfect an accelerated appeal." Tex. R. App. P. 28.1(b).

Accordingly, the notice of appeal in this case was due June 1, 2015. Appellant filed his notice of appeal on August 13, 2015, a date that is not within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

The appeal will be dismissed unless any party files a response on or before **October 26, 2015**, showing meritorious grounds for continuing the appeal.

PER CURIAM